[No. 587-3.    Division Three.    September 26, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES K. NICKELLS et al., *Appellants*.

Appeal from a judgment of the Superior Court for Grant

County, No. 3375, B. J. McLean, J., entered March 10, 1972. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.